IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**AUSTIN WATSON**                                                                                           **PLAINTIFF**

v.                                              No: 4:21-cv-00540-JM

**RODNEY WRIGHT,** *et al.*                                                                       **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 27th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE